UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

Case Number: **19-23844-CIV-MORENO**
**(05-20235-CR-MORENO)**

MARCOS GAMINO,

        Movant,

vs.

UNITED STATES OF AMERICA,

        Respondent.

_____/

## ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION AND RESERVING RULING ON THE MOVANT'S MOTION TO VACATE AND GRANTING THE GOVERNMENT'S MOTION TO STAY PROCEEDINGS

THE MATTER was referred to the Honorable Lurana S. Snow, United States Magistrate Judge, for a Report and Recommendation on Movant's Motion to Vacate Under 28 U.S.C. § 2255. The Magistrate Judge filed a Report and Recommendation **(D.E. 22)** on **December 3, 2020**. The Court has reviewed the entire file and record. The Court has made a *de novo* review of the issues presented in the Magistrate Judge's Report and Recommendation. The Court notes that no objections have been filed and the time for doing so has now passed. Being otherwise fully advised in the premises, it is

**ADJUDGED** that Magistrate Judge Snow's Report and Recommendation is **AFFIRMED** and **ADOPTED**. Accordingly, it is

**ADJUDGED** that

1. The Court shall **RESERVE** ruling on the Movant's Motion to Vacate.

2. The Government's Motion to Stay the Proceedings **(D.E. 16)** is **GRANTED** until such time as the Eleventh Circuit issues its opinions in the second *Cannon* case and in *Carlos Granada v. United States*, 11th Cir. Case No. 17-15194 and *Anthony Foster v. United States*, 11th Cir. Case No. 19-14771.

3. The Clerk of this Court shall mark this cause as closed for statistical purposes and place the matter in a civil suspense file.

4. The Court shall retain jurisdiction and the case shall be restored to the active docket upon motion of a party once the Eleventh Circuit renders its opinions in the aforementioned cases.

5. This order shall not prejudice the rights of the parties to this litigation.

6. The parties shall file notices with the Court as the aforementioned opinions are issued.

DONE AND ORDERED in Chambers at Miami, Florida, this 5th of January 2021.

*Federico A. Moreno*
_____
      FEDERICO A. MORENO
      UNITED STATES DISTRICT JUDGE

Copies furnished to:

United States Magistrate Judge Lurana S. Snow

Counsel of Record