UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

**Case Number: 19-23844-CIV-MORENO**
(05-20235-CR-MORENO)

MARCOS GAMINO,

        Movant,

vs.

UNITED STATES OF AMERICA,

        Respondent.

_____/

## ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION AND DENYING MOTION TO VACATE

THE MATTER was referred to the Honorable Lurana S. Snow, United States Magistrate Judge, for a Report and Recommendation on Movant's Motion to Vacate Under 28 U.S.C. § 2255 (ECF No. 7), filed on **October 31, 2019**. The Magistrate Judge filed a Report and Recommendation **(D.E. 31)** on **July 16, 2021**. The Court has reviewed the entire file and record. The Court has made a *de novo* review of the issues that the objections to the Magistrate Judge's Report and Recommendation present, and being otherwise fully advised in the premises, it is

**ADJUDGED** that United States Magistrate Judge Lurana S. Snow's Report and Recommendation is **AFFIRMED** and **ADOPTED**. Accordingly, it is

**ADJUDGED** that the motion to vacate is DENIED for the reasons stated in the Report and Recommendation. It is also

**ADJUDGED** that the Court issues a certificate of appealability on whether the Movant's claim is jurisdictional under *United States v. Bane*, 948 F.3d 1290, 1294 (11th Cir. 2020) or whether the procedural default rule applies as set forth in *Granda v. United States*, 900 F.3d

1272 (11th Cir. 2021).

DONE AND ORDERED in Chambers at Miami, Florida, this _9th_ of August 2021.

_____
FEDERICO A. MORENO
UNITED STATES DISTRICT JUDGE

Copies furnished to:
United States Magistrate Judge Lurana S. Snow

Counsel of Record

2